| **Respond to Selected Documents** | **Sort by date:** Descending Ascending | **Display options:** All Entries ⌄ |

**06/01/2026**

> **Entry of Appearance Filed**
>
> Entry of Appearance; Electronic Filing Certificate of Service.
>> **Filed By:** ARTURO ALBERTO HERNANDEZ III
>> **On Behalf Of:** BI-STATE DEVELOPMENT AGENCY

**05/29/2026**

> **Entry of Appearance Filed**
>
> Entry of Appearance - Foster; Electronic Filing Certificate of Service.
>> **Filed By:** JAMES NORTON FOSTER JR
>> **On Behalf Of:** BI-STATE DEVELOPMENT AGENCY

**05/26/2026**

> **Summons Issued-Circuit**
>
> Document ID: 26-SMCC-4111, for BI-STATE DEVELOPMENT AGENCY

**05/22/2026**

> **Filing Info Sheet eFiling**
>
>> **Filed By:** KEVIN JAMES KASPER
>
> **Note to Clerk eFiling**
>
>> **Filed By:** KEVIN JAMES KASPER
>
> **Pet Filed in Circuit Ct**
>
> Petition.
>> **Filed By:** KEVIN JAMES KASPER
>> **On Behalf Of:** RODNEY MCGEE