UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY MCGEE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00872-JSD |
| | ) | |
| BI-STATE DEVELOPMENT AGENCY, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Joseph S. Dueker to District Judge Maria A. Lanahan.

June 22, 2026
Date

*Nathan M. Graves*                /
Clerk of Court

By:   /s/ Ashley Nelson           /
ASHLEY NELSON
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:26-CV-00872-MAL**